[No. 8849–9–III.   Division Three.   November 27, 1990.]

*In the Matter of the Marriage of* HELEN C. HADLEY,
*Appellant, and* EDGAR H. HADLEY,
*Respondent.*

The unpublished opinion in this cause, which was filed on January 31, 1989, noted at 53 Wn. App. 1044, is *withdrawn* by order dated November 27, 1990.

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–01660–2, William J. Grant, J., entered August 20, 1987. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12613–3–II.   Division Two.   November 28, 1990.]

WADE PERROW CONSTRUCTION, INC., *Respondent,* v. SID
BOSHERS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Mason County, No. 84–2–00023–0, Carol A. Fuller, J., entered January 26, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 12793–8–II.   Division Two.   November 28, 1990.]

R. KELTIE BURT, *Appellant,* v. OBSTETRICAL &
GYNECOLOGICAL ASSOCIATES, P.S.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–02449–8, Donald H. Thompson, J., entered April 21, 1989. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Morgan, J.